# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-23-00317-CV

---

### Ex parte Troy Eugene Wigley

---

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

---

### M E M O R A N D U M   O P I N I O N

Relator has filed a petition for writ of habeas corpus complaining of a variety of issues with his conviction and confinement. As a preliminary matter, we note a number of procedural anomalies with the petition, including, for example, that the caption and style throughout appear to be addressed to the district court, and that we have not been provided with a record. We treat the petition as addressed to this Court, and we dismiss the petition for want of jurisdiction. *See* Tex. R. App. P. 52.8(a). Although we have appellate jurisdiction to review a trial court's order denying habeas relief, *see Ex parte Valle*, 104 S.W.3d 888, 890 (Tex. Crim. App. 2003), we do not have original jurisdiction in habeas cases except in very narrow circumstances not implicated here. *See* Tex. Gov't Code Ann. § 22.221(d); *see also In re Reece*, 341 S.W.3d 360, 364 n.3 (Tex. 2011) (orig. proceeding); *In re J.M.W.*, No. 12-17-00043-CV, 2017 WL 513056, at *1 (Tex. App.—Tyler Feb. 8, 2017, orig. proceeding) (mem. op.). Accordingly, the petition is dismissed.

_____

Rosa Theofanis, Justice

Before Chief Justice Byrne, Justices Triana and Theofanis

Filed:   June 29, 2023